**Maria PANTALEON–FLORES,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

**No. 10–71174.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.*

Filed May 3, 2011.

Maria Pantaleon–Flores, Santa Ana, CA, pro se.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, OIL, Arthur Leonid Rabin, Trial, Pegah Vakili, U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Maria Pantaleon–Flores, a native and citizen, petitions pro se for review of the decision of the Board of Immigration Appeals denying, as untimely, Pantaleon–Flores's second motion to reopen and reconsider the underlying denial of her application for cancellation of removal, based on her failure to establish the requisite hardship to her qualifying United States citizen children.

Pantaleon–Flores has waived any challenge to the BIA's decision denying her motion to reopen and reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion was untimely. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.